| Submit this form by e-mail to: | |
|---|---|
| CrimIntakeCourtDocs-LA@cacd.uscourts.gov | For Los Angeles criminal duty. |
| CrimIntakeCourtDocs-SA@cacd.uscourts.gov | For Santa Ana criminal duty. |
| CrimIntakeCourtDocs-RS@cacd.uscourts.gov | For Riverside criminal duty. |

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

*2021 AUG 16 AM 11:04 — FILED — CLERK, U.S. DISTRICT COURT, CENTRAL DIST. OF CALIF., LOS ANGELES*

| UNITED STATES OF AMERICA | CASE NUMBER: |
|---|---|
| V. | 21-mj-00140-GPG |
| PLAINTIFF | |
| Artur BEDNARZ | REPORT COMMENCING CRIMINAL ACTION |
| USMS# _____ | |
| DEFENDANT | |

**21MJ03789**

TO: CLERK'S OFFICE, U.S. DISTRICT COURT

All areas must be completed. Any area not applicable or unknown should indicate "N/A".

1. The defendant was arrested in this district on August 15, 2021 at 08:55 ☒ AM ☐ PM
   or
   The defendant was arrested in the N/A  District of N/A  on N/A  at N/A  ☐ AM ☐ PM

2. The above named defendant is currently hospitalized and cannot be transported to court for arraignment or any other preliminary proceeding: ☐ Yes ☒ No

3. Defendant is in U.S. Marshals Service lock-up (in this court building): ☒ Yes ☐ No

4. Charges under which defendant has been booked:

   21 USC 846: Conspiracy to Distribute Narcotics

5. Offense charged is a: ☒ Felony ☐ Minor Offense ☐ Petty Offense ☐ Other Misdemeanor

6. Interpreter Required: ☒ No ☐ Yes Language: N/A

7. Year of Birth: 1966

8. Defendant has retained counsel: ☒ No
   ☐ Yes  Name: N/A    Phone Number: N/A

9. Name of Pretrial Services Officer notified: Ninetta Smith

10. Remarks (if any): N/A

11. Name: Andrew Cox (please print)

12. Office Phone Number: 562-204-8214

13. Agency: Homeland Security Investigations

14. Signature: *Andrew Cox*

15. Date: 08/16/2021

CR-64 (09/20)        REPORT COMMENCING CRIMINAL ACTION